UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **DANIEL JASON WALKER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 3:18-cv-00618 |
| | ) | |
| **STEWART COUNTY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

# ORDER

Magistrate Judge Newbern has entered a Report and Recommendation (Doc. No. 23) in which she recommends that this action be dismissed for failure to prosecute. No objections have been filed.

Having considered the matter *de novo* in accordance with Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition. Plaintiff apparently has abandoned this case because he has not responded to the Motion for Summary Judgment filed by Stewart County, nor has he responded to the Order (Doc. No. 21) directing him to show cause why this action should not be dismissed for failure to prosecute.

Accordingly, the Report and Recommendation (Doc. No. 23) is **ADOPTED AND APPROVED**; the pending Motion for Summary Judgment (Doc. No. 16) is **DENIED AS MOOT**; and this case is hereby **DISMISSED.** The Clerk shall enter a final judgment in accordance with Rule 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE